JOSEPH N. CRANE AND ANOTHER, AS EXECUTORS, ETC., *v.* B. FRANK DECKER AND OTHERS.

Motion to modify decision denied.

---

CHENEY BRACY, Respondent, *v.* WILLIAM D. GILE, Appellant.

Judgment of County Court reversed and that of the justice affirmed. *Held*, that the jury were warranted in finding upon the evidence that the plaintiff was not the owner of the property. (*Gildersleeve* v. *Landon*, 73 N. Y., 609, and cases there cited.)

---

ADA M. DODGE, Appellant, *v.* WILLIAM K. MANN AND ANOTHER, Respondents.

Order setting aside verdict and judgment and granting a new trial, reversed with costs.